USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/20/2025_

**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

May 20, 2025

**VIA ECF**
The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Senior v. Sergio Hudson Collections, LLC*
      Case No.: 1:25-cv-1400

Dear Judge Torres,

The undersigned represents Frank Senior on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Sergio Hudson Collections, LLC, ("Defendant"). The undersigned respectfully requests that Your Honor's deadline to submit the proposed Case Management Plan and Scheduling Order by May 21, 2025 (Dkt. 11) be extended for 60 days because Counsel for Defendant has not yet answered or appeared in this action. This request will grant ample time for the Defendant to retain counsel and for Defendant's Counsel to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's second request for an adjournment.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

GRANTED IN PART. By **June 23, 2025**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: May 20, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge