```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/24/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK SENIOR, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

          Plaintiffs,

-against-

SERGIO HUDSON COLLECTIONS, LLC,

          Defendant.

25 Civ. 1400 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated February 20, 2025, the Court directed the parties to file their joint letter and proposed case management plan by April 21, 2025. ECF No. 6. At Plaintiff's request, the Court extended that deadline to May 21, ECF No. 11, and then to June 23, ECF No. 13. The joint letter and proposed case management plan are now overdue. Furthermore, Defendant has yet to appear in this action. Under ¶ II.B of the undersigned's Individual Practices in Civil Cases, "[i]f defense counsel has not appeared at least one week prior to the deadline for these submissions, plaintiff's counsel is directed to submit a letter requesting an adjournment and informing the Court of the status of defense counsel's appearance and whether plaintiff intends to seek a default judgment." The Court received no such letter from Plaintiff.

    Accordingly, by **July 22, 2025**, the parties shall submit their joint letter and proposed case management plan or, if Defendant has still not appeared, Plaintiff shall file a letter stating his intent with respect to prosecuting this matter. Plaintiff is advised that failure to comply with the Court's orders may result in dismissal pursuant to Federal Rule of Civil Procedure 41(b).

    SO ORDERED.

Dated: June 24, 2025
       New York, New York

ANALISA TORRES
United States District Judge